# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA D. H.,[1] <br>            Plaintiff, <br>   v. <br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br>            Defendant. | Case No. 8:23-cv-02224-MAR <br><br> JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED.**

DATED: June 17, 2024

_____
MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.